[No. 52972-2-I.   Division One.   December 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALLEN ROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07553-1, Brian D. Gain, J., entered August 29, 2003. *Reversed* by unpublished opinion per Schindler, J., concurred in by Grosse, J.; Kennedy, J., indicated her concurrence prior to her death on September 16, 2005.

[No. 53645-1-I.   Division One.   December 19, 2005.]

SAYED ZIA EHSANI ET AL., *Appellants*, v. McCULLOUGH FAMILY PARTNERSHIP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-30285-4, James A. Doerty, J., entered December 12, 2003. *Reversed with instructions* by unpublished per curiam opinion.

[No. 54347-4-I.   Division One.   December 19, 2005.]

KATHLEEN M. GRAY, *Appellant*, v. MORGAN STANLEY DW INC. ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-26118-3, Laura Gene Middaugh, J., entered February 18, March 11, and May 13, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Agid, JJ.

[No. 54629-5-I.   Division One.   December 19, 2005.]

KING COUNTY, *Respondent*, v. RICHARD AZPITARTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-31896-5, Ronald Kessler, J., entered June 25, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.